## LIGHTMAN *v.* STATE OF MARYLAND

[No. 233, September Term, 1972.]

*Decided October 17, 1972.*

(See opinion 15 Md. App. 713 (1972).)

The cause was submitted to McWILLIAMS, SINGLEY, SMITH, DIGGES and LEVINE, JJ.

Petition filed by *Francis D. Murnaghan, Jr.,* and *Douglas D. Connah, Jr.,* for appellant.

PER CURIAM:

This Court, having granted a writ of certiorari and in accordance with Maryland Rule 811 b having determined that no error of law appears in the decision, adopts the opinion of Chief Judge Murphy for the Court of Special Appeals in *Lightman v. State,* 15 Md. App. 713 and affirms the judgment of the Court of Special Appeals.

*Judgment affirmed, with costs.*